IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 02-cr-37-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRETT ANTHONY KARMEY,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendant's letter in which he requested or moved that he be placed in community detention or half-way house upon release. Following intervention by the probation office of this district the defendant now requests that he not be placed in community detention because of health issues. Accordingly, his request or motion is denied as moot.

    DATED at Denver, Colorado, on April 7, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge

PDF FINAL